IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRONOVA BIOPHARMA NORGE AS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 09-304-SLR-MPT |
| APOTEX CORP. and APOTEX INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| PRONOVA BIOPHARMA NORGE AS, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 09-286-SLR-MPT |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) ) | |
| Defendant. | ) ) ) | |
| PRONOVA BIOPHARMA NORGE AS, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 09-305-SLR-MPT |
| PAR PHARMACEUTICALS, INC., and PAR PHARMACEUTICALS COMPANIES, INC. | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2011, a copy of Defendants' Notice Pursuant to 35 U.S.C. § 282 was served on the following as indicated below:

**VIA EMAIL**

Tiffany Geyer Lydon
Caroline Hong
Ashby & Geddes
500 Delaware Avenue – 8th Floor
P.O. Box 1150
Wilmington, DE 19809
tlydon@ashby-geddes.com
chong@ashby-geddes.com

**VIA EMAIL**

Robert Stanley
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3263
Robert.Stanley@finnegan.com

| PHILLIPS GOLDMAN & SPENCE, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Megan C. Haney | /s/ Stephen M. Ferguson |
| John C. Phillips, Jr. (Bar No. 110) | Frederick L. Cottrell, II (Bar No. 2555) |
| Megan C. Haney (Bar No. 5016) | Steven J. Fineman (Bar No. 4025) |
| 1200 North Broom Street | Stephen M. Ferguson (Bar No. 5167) |
| Wilmington, Delaware 19806 | 920 North King Street |
| Tel. (302)655-4200 | Wilmington, Delaware 19801 |
| jcp@pgslaw.com | Tel. (302)651-7700 |
| mch@pgslaw.com | Cottrell@rlf.com |
| | Fineman@rlf.com |
| | Ferguson@rlf.com |
| Of Counsel: | Of Counsel: |
| William A. Rakoczy | Daniel G. Brown |
| Paul J. Molino | J. Andrea Park |
| Deanne M. Mazzochi | Wilson Sonsini Goodrich & Rosati, P.C. |
| Joseph T. Jaros | 1301 Avenue of the Americas |
| John D. Polivick | 40th Floor |
| Rakoczy Molino Mazzochi Siwik LLP | New York, New York 10019 |
| 6 West Hubbard Street, Suite 500 | |
| Chicago, Illinois 60610 | |
| *Attorneys for Apotex Inc. and Apotex Corp.* | *Attorneys for Par Pharmaceutical, Inc. Par Pharmaceutical Companies, Inc.* |

YOUNG CONAWAY STARGATT &
TAYLOR LLP

/s/ Pilar G. Kraman
John W. Shaw (Bar No. 3362)
Pilar G. Kraman (Bar No. 5199)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
pkraman@ycst.com

Of Counsel:
David M. Hasmall
Frederick H. Rein
Gregory T. Sandidge
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

*Attorneys for Teva Pharmaceuticals USA, Inc.*

Dated: February 28, 2011