**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS, | ) <br> ) <br> ) |
| Plaintiffs, | ) C.A. No. 09-0304 (SLR) <br> ) |
| v. | ) <br> ) |
| APOTEX CORP. and APOTEX INC., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that this action be and hereby is voluntarily dismissed in its entirety without prejudice. Each party shall bear its own attorneys' fees and costs.

Date March 29, 2011                                    Respectfully submitted,

| | |
|---|---|
| */s/ Steven J. Balick* | */s/ John C. Phillips, Jr.* |
| Steven J. Balick (I.D. #2114) | John C. Phillips, Jr. (I.D. #110) |
| ASHBY & GEDDES | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| 500 Delaware Avenue, 8th Floor | 1200 North Broom Street |
| P.O. Box 1150 | Wilmington, Delaware 19806 |
| Wilmington, Delaware 19899 | (302) 655-4200 |
| (302) 654-1888 | jcp@pgslaw.com |
| sbalick@ashby-geddes.com | |
| | |
| James B. Monroe | William A. Rakoczy |
| Michael J. Flibbert | Paul J. Molino |
| FINNEGAN, HENDERSON, FARABOW, | Rachel Pernic Waldron |
| GARRETT & DUNNER, L.L.P. | RAKOCZY MOLINO MAZZOCHI |
| 901 New York Avenue, N.W. | SIWIK LLP |
| Washington, D.C. 20001-4413 | 6 West Hubbard Street, Suite 500 |

{00503017;v1}

| | |
|---|---|
| (2023) 408-4000<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Pronova BioPharma Norge AS* | Chicago, Illinois 60654<br>(312) 222-6301<br>wrakoczy@rmmslegal.com<br><br>*Attorneys for Defendants and Counterclaim-Plaintiffs Apotex Inc. and Apotex Corp.* |

**ORDER**

**SO ORDERED**:

This _____ day of _____, 2011

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUD