# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 25, 2011

**REDACTED
PUBLIC VERSION**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801-3568

**HAND DELIVERY
and ELECTRONIC FILING**

Re: *Pronova BioPharma Norge AS v. Teva Pharmaceuticals USA, Inc.*,
C.A. No. 09-286-SLR
*Pronova BioPharma Norge AS v. Apotex Corp. & Apotex Inc.*,
C.A. No. 09-304-SLR
*Pronova BioPharma Norge AS v. Par Pharmaceutical, Inc., et al.*,
C.A. No. 09-305-SLR

Dear Judge Robinson:

We represent Pronova BioPharma Norge AS ("Pronova") in the above-captioned matters. In response to the Court's Memorandum Order dated March 24, 2011 [D.I. 186 in C.A. No. 09-286], Pronova encloses highlighted copies of Dr. Kane's rebuttal (Ex. A) and supplemental rebuttal (Ex. B) expert reports to facilitate the Court's determination of whether to allow Dr. Kane to testify with respect to the subject matter of his supplemental rebuttal report.

**REDACTED**

Accordingly, for these reasons and the reasons set forth in Pronova's letter dated March 18, 2011 [D.I. 183 in C.A. No. 09-286], Pronova respectfully requests that Dr.

The Honorable Sue L. Robinson
March 25, 2011
Page 2

Kane be allowed to testify with respect to the opinions provided in his supplemental rebuttal report.

          Respectfully,

          */s/ Tiffany Geyer Lydon*

          Tiffany Geyer Lydon

TGL/dmf
Attachments
cc:    Steven J. Fineman, Esquire (via electronic mail; w/attachments)
       John W. Shaw, Esquire (via electronic mail; w/attachments)
       John C. Phillips, Jr., Esquire (via electronic mail; w/attachments)
       Frederick H. Rein, Esquire (via electronic mail; w/attachments)
       Paul J. Molino, Esquire (via electronic mail; w/attachments)
       Daniel G. Brown, Esquire (via electronic mail; w/attachments)
       Robert C. Stanley, Esquire (via electronic mail; w/attachments)

{00501919;v1}

# EXHIBIT A

REDACTED IN ITS ENTIRETY

# EXHIBIT B

REDACTED
IN ITS
ENTIRETY